09-CV-01280-ORD

FILED ____ ENTERED
LODGED ____ RECEIVED

AUG 13 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STANKIC STJEPAN JOHN,

    Petitioner,

v.

A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement,

    Respondent.

CASE NO. C09-1280-JLR

ORDER OF DISMISSAL

The Court, having reviewed Respondent's Objections to the Magistrate Judge's Report and Recommendation ("R&R"), the Supplemental Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1)    The Court adopts the Supplemental Report and Recommendation;

(2)    Respondent's objection to the R&R (Dkt. 22) is GRANTED, and this action is DISMISSED as moot; and

(3)    The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 13th day of August, 2010.

JAMES L. ROBART
United States District Judge.

ORDER OF DISMISSAL
PAGE -1